UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20250-CR-GAYLES

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DEMETRIUS ALLEN MCDUFFIE,

        Defendant.

_____/

## ORDER OF TRANSFER TO FUGITIVE STATUS

**THIS MATTER** having come before the Court *sua sponte* and having thoroughly reviewed the record in this cause, it is

**ORDERED AND ADJUDGED** that this matter is hereby transferred to the Clerk's suspended file until such time as the fugitive above named is apprehended.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 14th day of July, 2014.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Maurice A. Johnson, AUSA